203



SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Sokolich@usdoj.gov

*Attorneys for the United States*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 20 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP BEASLEY,<br>aka "Philthy Rich"<br><br>and<br><br>JASMINE GARCIA,<br><br>Defendants. | **SEALED**<br>**CRIMINAL INDICTMENT**<br><br>Case No.: 2:21-cr-*203 JCM EJY*<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 371 – Conspiracy to Make False Statement in Acquisition of Firearms; and<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A) – False Statement in Acquisition of Firearms<br><br>18 U.S.C. § 2 – Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Conspiracy to Make False Statement in Acquisition of Firearms
(18 U.S.C. § 371)

From a date unknown to the grand jury, but not later than on or about January 14, 2021, and continuing up to and including on or about January 20, 2021, in the State and Federal District of Nevada,

**PHILLIP BEASLEY,**
**aka "Philthy Rich," and**
**JASMINE GARCIA,**

defendants herein, knowingly and willfully combined, conspired, confederated and agreed with each other and with others known and unknown to the grand jury, to commit an offense against the United States, namely: False Statement in Acquisition of a Firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>Manner and Means of the Conspiracy</u>

The manner and means by which the defendants and others sought to accomplish the conspiracy included, among other things, the following:

a) It was a part of the conspiracy that the defendants would and did acquire firearms from a federally licensed firearms dealer located in the District of Nevada.

b) It was further a part of the conspiracy that JASMINE GARCIA would and did represent herself to the firearms dealer to be the actual buyer of each firearm at the time of the purchase.

c) It was further a part of the conspiracy that the defendants did plan and arrange that JASMINE GARCIA would provide firearms to PHILLIP BEASLEY and others known and unknown to the grand jury.

The objects of the conspiracy were carried out, and to be carried out, in substance, as follows:

a) From date unknown to the grand jury, but not later than on or about January 14, 2021, and continuing up to and including on or about January 20, 2021, JASMINE GARCIA agreed to provide firearms to PHILLIP BEASLEY and to others known and unknown to the grand jury, that she would purchase from a federal firearm retailer.

2

PHILLIP BEASLEY agreed that he would provide JASMINE GARCIA with sums of US currency to purchase the firearms.

b)      Beginning on or about January 14, 2021 and continuing up to and including on or about January 20, 2021, JASMINE GARCIA purchased three (3) firearms from Precision Armory, a Federal Firearms Licensee located in Las Vegas, Nevada.

c)      Beginning on or about January 14, 2021 and continuing up to and including on or about January 20, 2021, JASMINE GARCIA represented in ATF Form 4473 that she was the actual transferee/buyer of the firearms transferred to her by the federal firearm licensee.

<u>Acts in Furtherance of the Conspiracy</u>

In furtherance of the conspiracy and to effect its objects, defendants or their conspirators committed the following overt acts, among others, in the District of Nevada and elsewhere:

1. On or about January 14, 2021, PHILLIP BEASLEY and JASMINE GARCIA arrived together at Precision Armory, a Federal Firearms Licensee located in Las Vegas, Nevada.

2. Inside the store, BEASLEY selected three (3) firearms, specifically a FN 503, 9x19mm pistol, bearing serial number CV010671; a B&T GHM9, 9X19 mm pistol, bearing serial number US 20-39182; and a Pioneer Arms Corp Hell Pup 7.62X39mm pistol, bearing serial number PAC1139312.

3. Inside the store, BEASLEY gave GARCIA cash to purchase the firearms and GARCIA used the funds to purchase the three (3) firearms selected by BEASLEY.

4. On January 14, 2021, JASMINE GARCIA made a false statement to the firearms licensee in connection with the acquisition of the three (3) aforementioned firearms.

3

5. On or about January 20, 2021, PHILLIP BEASLEY and JASMINE GARCIA returned to the federal firearm licensee to take possession of the three (3) firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### False Statement During Purchase of a Firearm
(18 U.S.C. §922(a)(6), 924(a)(2), and 2)

On or about January 14, 2021, in the State and Federal District of Nevada,

**PHILLIP BEASLEY,**
**aka "Philthy Rich," and**
**JASMINE GARCIA,**

defendants herein, aiding and abetting one another in connection with the acquisition of a firearm, that is: a FN 503, 9x19mm pistol, bearing serial number CV010671; a B&T GHM9, 9X19 mm pistol, bearing serial number US 20-39182; and a Pioneer Arms Corp Hell Pup 7.62X39mm pistol, bearing serial number PAC1139312, from "Precision Armory," a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to "Precision Armory," which statement was intended and likely to deceive "Precision Armory," as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that JASMINE GARCIA did complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transactions Record, wherein JASMINE GARCIA represented that she was the "actual transferee/buyer of the firearm[s]," when in fact, and as GARCIA well knew, she was acquiring the firearms on behalf of another person, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## FORFEITURE ALLEGATION
### Conspiracy to Make False Statement in Acquisition of Firearms and False Statement During Purchase of a Firearm

4

1. The allegations of Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Indictment,

**PHILLIP BEASLEY,**
**aka "Philthy Rich," and**
**JASMINE GARCIA,**

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(6):

 1. an FN 503, 9x19mm pistol, bearing serial number CV010671;

 2. a B&T GHM9, 9X19 mm pistol, bearing serial number US 20-39182;

 3. a Pioneer Arms Corp Hell Pup 7.62X39mm pistol, bearing serial number PAC1139312; and

 4. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 922(a)(6) and 18 U.S.C § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this 20th day of July, 2021.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

By_____
KIMBERLY SOKOLICH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5