**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
dzchesnoff@cslawoffice.net
**Attorney for Phillip Beasley**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-cr-203-JCM (EJY) |
| | ) | |
| PHILLIP BEASLEY, and | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING TO JUNE 21, 2023 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Jason Frierson, United States Attorney, Kimberly Sokolich, Assistant United States Attorney, and David Z Chesnoff, Esq., attorney for Defendant, Phillip Beasley that the Sentencing of Defendant Beasley currently scheduled for June 16, 2023, at 10:00am, be continued to June 21, 2023, at 11:00am or a time thereafter that is convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Jasmine Garcia's sentencing is scheduled for June 21, 2023, at 10:00am and for judicial economy purposes Defendant Beasley requests that his sentencing take place shortly after Ms. Garcia's sentencing on June 21, 2023.

2. The United States Attorney does not object to the requested continuance;

3. Phillip Beasley consents to this continuance;

4. The additional time requested herein is not sought for purposes of delay;

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I), (iv);

6. This is the first request to continue Mr. Beasley's Sentencing date.

**DATED** this 20th day of March, 2023.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Kimberly Sokolich | /s/ David Z. Chesnoff |
| **JASON FRIERSON, U.S. ATTORNEY** | **DAVID Z. CHESNOFF, ESQ.** |
| **KIMBERLY SOKOLICH, AUSA** | Nevada Bar No. 2292 |
| 501 Las Vegas Blvd., Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |
| | Phillip Beasley |

/ / /

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Jasmine Garcia's sentencing is scheduled for June 21, 2023, at 10:00am and for judicial economy purposes Defendant Beasley requests that his sentencing take place shortly after Ms. Garcia's sentencing on June 21, 2023.

2. The United States Attorney does not object to the requested continuance;

3. Phillip Beasley consents to this continuance;

4. The additional time requested herein is not sought for purposes of delay;

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I), (iv);

6. This is the first request to continue Mr. Beasley's Sentencing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial/sentencing, since the failure to grant said continuance could result in a miscarriage of justice.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code,§§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing date for Phillip Beasley currently set for June 16, 2023, at 10:00am, be vacated and continued to **June 21, 2023** at the hour of **10:30 a.m.**

**IT IS SO ORDERED.**

DATED March 22, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

   /s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**