DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:21-cr-203-JCM (EJY) |
| v. ) | |
| PHILLIP BEASLEY ) | |
| Defendant, ) | |

### DEFENDANT PHILLIP BEASLEY'S SENTENCING MEMORANDUM IN MITIGATION OF PUNISHMENT AND REQUEST FOR A DOWNWARD VARIANCE WITH PROBATION

COMES NOW, Defendant, PHILLIP BEASLEY, by and through his attorney, DAVID Z. CHESNOFF, ESQ., of the law firm of CHESNOFF & SCHONFELD, and hereby submits his Sentencing Memorandum in Mitigation of Punishment and Request for a Downward Variance with Probation.

This Sentencing Memorandum in Mitigation of Punishment and Request for a Downward Variance with Probation is made and based upon the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, attached exhibits, and any oral argument that is heard.

Dated this 9th day of June, 2023.

Respectfully Submitted by:

CHESNOFF & SCHONFELD

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
Attorney for Defendant, *PHILLIP BEASLEY*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.      INTRODUCTION

Mr. Beasley accepts full responsibility for his conduct which led to his conviction in this case. As will be discussed below, Mr. Beasley is a dedicated family man with tremendous support from his family, friends, and his community. He is a caring, hard working, and compassionate person. Furthermore, he has a history of charitable works that predates this case.

The substantial compliance by Mr. Beasley, his family obligations, his acceptance of responsibility, and history of charitable works, all support that a downward variance is appropriate.

Moreover, the attached letters of support illustrate that Mr. Beasley is now a man of sound character. Due to the unique circumstances of this case, it is respectfully submitted that this Honorable Court should grant a downward variance, and impose a sentence of probation with a period of home confinement and a condition of community service. It is submitted that a combination of these conditions are sufficient, but not greater than necessary, and would sufficiently deter future misconduct and promote respect for the law.

### II.      PROCEDURAL HISTORY AND PLEA NEGOTIATIONS

On March 17, 2023, Mr. Beasley pled guilty to count two of the indictment in this case, specifically, False Statement During Purchase of a Firearm in violation of 18 U.S.C. §§ 922(a)(6); 924(a)(2), and 2. *See* ECF 49.

Under the Plea Agreement, the parties have stipulated to an offense level as follows:

| | |
|---|---|
| Base Offense Level [USSG § 2K2.l(a)(4)]: | 20 |
| 3 or More Firearms [USSG § 2K2.l(b)(l)(A)]: | +2 |
| Adjusted Offense Level: | 22 |
| Acceptance of Responsibility: | -3 |
| Total adjusted offense level: | 19 (30-37 months) |

*See* also Plea Agreement, ECF 50, at page 8.

Under the Plea Agreement, the parties have agreed that "that they will not seek to apply or advocate for the use of any other base offense level(s) or any other specific offense characteristics, enhancements, or reductions in calculating the advisory guidelines range." *See id.* at pages 7-8.

United States Probation concurs with the agreed upon guideline calculation. PSR at pp. 7-8. The government will be requesting that this Honorable Court sentence Mr. Beasley at the low end of the advisory guideline range as provided for in the Plea Agreement. Mr. Beasley is permitted to request a variance pursuant to this Honorable Court's review of the Section 3553 factors. *See* ECF 50, at page 10.

### III.    APPLICABLE LAW

Since the Guidelines are now advisory, in cases sentenced after *Booker*, they are one factor among several that sentencing courts must consider in fashioning a sentence that is "sufficient but not greater than necessary" to achieve the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(2).

The United States Supreme Court in *Gall v. U.S.* recognized that federal sentencing demands that every convicted person be treated as an individual and "every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and punishment to ensue." 128 S. Ct. 586, 589 (2007).

In addition to consulting the Guidelines, an "individualized assessment" of the situation at-hand "based on the facts presented" is required. *Gall*, 552 U.S. at 50. That analysis is guided by "[r]easonableness" and an "individualized application of the statutory sentencing factors." *U.S. v. Dorvee*, 616 F.3d 174, 184 (2d Cir. 2010) (citing *Gall*, 552 U.S. at 46-47).

The U.S. Supreme Court has also stated very clearly: "Indeed, a sentence outside the Guidelines carries no presumption of unreasonableness." *Irizarry v. U.S.*, 553 U.S. 708, 128 S. Ct. 2198 (2008) (citing *Gall v. United States*, 552 U.S. 38, 51, 128 S. Ct. 586, 596-97 (2007); *see also Rita v. United States*, 551 U.S. 338, 127 S. Ct. 2456, 168 L.Ed.2d 203 (2007).

IV.    **A VARIANCE IS WARRANTED AFTER REVIEWING THE FACTORS SET FORTH IN 18 U.S.C. § 3553**

1.    **The nature and circumstances of the offense and the history and characteristics of the defendant**

As outlined below, the nature and circumstances of the offense and the history and characteristics of the defendant support a downward variance with a sentence of probation (and a period of home confinement).

**A.  The history and characteristics of the defendant**

    **i.    Mr. Beasley's background**

Mr. Beasley was born in New Orleans, Louisiana, and in 1985, his family relocated to Oakland, California. Mr. Beasley's father, resides in Louisiana, and is a mechanic. Mr. Beasley's mother, resides in Las Vegas, Nevada, and is a salesclerk.

Mr. Beasley has seven siblings, which consists of a combination of both full and half-siblings. Mr. Beasley maintains regular contact with his brother, Jason Beasley, age 31, who is currently incarcerated. Mr. Beasley's connection with family members is strong and he has a great support system, as he maintains contact with his extended family, children, and a former teacher with whom he resided between 3rd and 5th grade.

When Mr. Beasley was a child, his mother, who was a single parent, did not always care for him. Since the age of seven, Mr. Beasley would live from house to house. His mother struggled to provide for his basic needs and was on government assistance. His parents were never legally married, and his father did not participate at all in his upbringing.

From the 3rd to 5th grade, Mr. Beasley lived with one of his teachers, Dr. Ramona Bishop. As a testament to his character, he continues to maintain contact with her, and Dr. Ramona Bishop has also written a letter to the court about their warm relationship. *See infra.*

As a youth, Mr. Beasley enjoyed playing sports, including basketball. Mr. Beasley currently cherishes spending his time with his family, giving back to the community, and recording music.

In 2006, Mr. Beasley started his career in music. Mr. Beasley was mentored by other musical artists and he desired to change his life and help his community. Mr. Beasley has utilized his entrepreneurial spirit and currently owns and operates his own record label through SCMM, LLC doing business as Follow Our Dreams (FOD) record label and he has a distribution agreement with EMPIRE Distribution, Records and Publishing Inc. *See infra.* In 2011, Mr. Beasley relocated to Las Vegas, Nevada.[1]

Mr. Beasley has two children from previous relationships and they are his pride and joy: Phillip Anthony Beasley, age 19, who resides with his mother, Ariel Israel, in Antioch, California; and Anthony Phillip Beasley, age 17, who resides with his mother, Chanel Carrey, in San Francisco, California.

Mr. Beasley has extremely close relationships with his children and he maintains regular contact and visitation with them. He regularly spends time with them during the holidays, school breaks, and summer vacation. Mr. Beasley also helps care for his nephew, Jason Beasley Jr., age 13, while his father (defendant's brother, Jason) is incarcerated.[2]

Mr. Beasley has a long history of helping his Oakland community even after relocating to Las Vegas. Specifically, he is currently involved in several community and charitable events, including toy drives, food giveaways, and school backpack and supply giveaways. *See* Exhibit 1.

For example, for approximately the past eight years, Mr. Beasley holds an annual Thanksgiving event as well as a Christmas event, where donations of toys, food, and clothes are collected and distributed to a needy community. *See* Exhibit 1.

Mr. Beasley also holds an annual back to school event where supplies such as backpacks are distributed to families and children. *See id.* In addition, Mr. Beasley organized and hosted a celebrity charity basketball game wherein $10,000 was donated to the Isaac Taggart Foundation. *See* Exhibit 2.

---

[1] It should be noted that United States Probation has conducted a home inspection at his address and the residence has been deemed suitable for supervision purposes.

[2] Mr. Beasley was previously involved in a relationship with co-defendant Ms. Garcia, and they have had a friendship for years.

Furthermore, Mr. Beasley regularly donates other items to the community, such as food, clothes, and shoes. *See* Exhibit 1; *see also* Exhibit 3. For certain events, such as giving away special designer shoes, Mr. Beasley will require the children to qualify by presenting a school transcript with grades of at least a 2.5 GPA (3.0 preferred). *See* Exhibit 3.

Moreover, Mr. Beasley regularly meets with young people to speak to them about the importance of doing well in school and respecting the law and staying out of trouble. *See* Exhibit 4.

In addition, as stated in the letter from Isaac Taggart, during the past three years, Mr. Beasley has extended his philanthropic reach to Liberia West Africa, where he along with Taggart's foundation, collectively sponsor a primary school in Grand Bassa County (and supply underprivileged students with adequate educational materials and tuition scholarships). *See* Exhibit 6; *see also generally* Exhibits 7, 8, 9, 12, 13, 15, 16, 17, and 18.

Accordingly, Mr. Beasley is genuinely focused on giving back to others and to bettering the lives of those who are less fortunate. Mr. Beasley does not do this for attention, but rather out of the genuine kindness of his heart motivated by his own life experience. It is respectfully submitted that his charitable conduct predates the offense in this case and supports the request for a downward variance with probation as the sentence.

### ii.    Letters of Support

Attached hereto as Exhibits 5-18 are letters of support for Mr. Beasley. These letters support the fact that Mr. Beasley is a caring, charitable, and good person.

He is a hardworking and loving father. He is a valuable asset to his community, and is a productive member of our society.

Denise Turner, Mr. Beasley's Godmother, writes in part:

> I am Phillip Beasley's Godmother, and when I say that I mean truly sent by God at a time when Philip really needed a mother that he could count on. He has been through a lot in his 40 years of living and has only had a couple of people in his life to give him the love guidance he needed and always wanted.

> Phillip had to figure a lot of things out on his own in life. And that may be the reason why so many people may perceive him in the wrong way. Of course, his environment played a big role in his past also. I'm not here to make

6

excuses for My Godson I just would like to give you an insight of who he was and who he has become. I will admit I didn't know the teenage Phillip. I met him in his early twenties. Phillip loves family-oriented people. And when he and my son became friends, he gravitated to me because of the type of mom I was to my 2 children. I also gravitated to him. He's been in our life ever since. We share all holidays and birthdays together. I gave him his first birthday party and didn't know that he had never had a birthday party in his life. That was just the person I was. I always made a big thing out of my children's birthdays. And from that day on he has made my Mother's Day and birthdays very special ever since. He loves to give. That's how he shows his appreciation. He's a very smart businessman, a very loving father and provider. I have seen him grow and mature so much, and I'm so proud of the man he has become.

He loves life and the people he has made his family and close friends, without having a relationship with his mother or father, and he has built his own family that I'm honored to be part of. He has become a mentor to young men, he does back to school giveaways, Thanksgiving giveaways and Christmas giveaways just to name a few.

I know that he has accepted responsibility and is sincerely remorseful for his conduct which has led to the conviction in this case.

*See* Exhibit 5.

Isaac Taggart, Jr., Chief Operating Officer of the Isaac Taggart Foundation writes in part:

I am honored to provide this character reference for Mr. Phillip Beasley. As one of Mr. Beasley's community partners for the past 10 years, I have witnessed the exceptional contributions Mr. Beasley has made nationally and internationally. He has been enriching the lives of the citizens of East Oakland, California through a complex of education, poverty and food security initiatives of which I have had the pleasure of having direct interaction with for several years. His attentiveness to providing educational and material resources to community members is commendable and altruistic. This commitment to the betterment of others is constitutive of his disposition to demonstrate care for humanity through direct action. These efforts are the outcome of an amazing organization he founded, also known as, "Philthy Loves the Kids."

Through Mr. Beasley's community development initiatives in his hometown of Oakland, CA, he redresses the local problems of poverty and attendant educational deficits through providing tutoring resources and mentoring to subgroups of children in these impoverished environs. It is a truism that Mr. Beasley finds his humanity to be refined through his efforts to improve the life chances of others with whom he finds in need. His fidelity to his moral dedication to others led to us collectively being honored with a mayor's commendation from Oakland Mayor Libby Schaaf; commendation and proclamation from the Alameda County Supervisors; and a proclamation from Oakland City Councilmember Desley Brooks.

> During the past three years, Mr. Beasley has extended his philanthropic reach to Liberia West Africa, where we collectively sponsor a primary school in Grand Bassa County, supplying underprivileged students with adequate educational materials and tuition scholarships. His dedication to serving is notable and well appreciated.
>
> To be sure, it is for the aforementioned reasons, that I am speaking highly of Mr. Beasley's character...

*See* Exhibit 6.

Stanley Cox a.k.a. Mistah Fab, a music artist, community activist, philanthropist, and business entrepreneur, who recently was awarded a key to the city (Oakland, California) by former Mayor Libby Schaaf, has known Mr. Beasely for over 25 years and writes in part:

> Phillip is a dear friend of mine, a colleague and brother who've I've watched close hand overcome several hurdles in life. Being raised with no father, he chose to take the opposite approach, being a very involved, devoted, and committed father and making sure his kids didn't have to go down the path he took.
>
> He is dedicated to his dreams and passions, and he's developed a name for himself through sheer hard work. However, it is not the music career that represents him the best. Rather, it is his unwavering promise and commitment to his community.
>
> He is constantly giving back and providing opportunities of empowerment as well as employment for countless individuals who reap the benefits of his unselfishness. We live, we grow, and we learn, and I can't think of another person that proves this to be true more than Phillip. I know that he is sincerely remorseful, and he regrets his conduct which has led to this case. Mr. Beasley is a loving and charitable person. He is a positive role model in our community.

*See* Exhibit 7.

Tim West, an employee of the City of Oakland Parks, Recreation & Youth Development at the Rainbow Recreation Center since 1995, writes in part:

> I have known Phillip for over 10 years, as Phillip grew up in the Rainbow Community, playing different sports at Rainbow. Phillip has always been a pillar to the people in the Rainbow Recreation Center Community for the last 9 years by conducting such events as the Back-to-School Backpack Giveaway - giving backpacks and school supplies to 300 children; Thanksgiving Turkey & Grocery Giveaway - giving Turkeys & Grocery Bags to 200 families; & Christmas Toy Giveaway - giving out toys to 300 children. Phillip has been a well-respected person to this community with his generosity and being a blessing to the children and families that couldn't afford backpacks,

> Thanksgiving Turkey & Groceries nor Christmas Gifts because of the current economic climate in this neighborhood. Phillip is a good positive model in this community.

*See* Exhibit 8.

Ghazi Shami, CEO & Founder of EMPIRE Distribution, Records and Publishing Inc., and a longtime friend and business partner of Mr. Beasley writes in part:

> I am an executive with twenty years' experience in the music business. I am the CEO, founder, and sole owner of the independent music record label, distributor, and publishing company, EMPIRE. EMPIRE has released many award-winning and Gold and multi-Platinum albums and singles...
> We recently entered into a multi-year, multi-million-dollar global partnership deal with Universal Music Group. Phillip Beasley, professionally known as "Philthy Rich," is a bright and ambitious man from Oakland, CA. Mr. Beasley has always held a reputation for being respectful and hardworking in our communities in Oakland and San Francisco, as well as the bay area in general.
>
> Mr. Beasley is passionate about his career as a recording artist, as well as being a contributing member of society. Mr. Beasley regularly hosts "back to school" backpack and school supply giveaways, turkey and Thanksgiving food drives, Christmas toy drives, celebrity basketball games for charity, and providing Mother's Day meals to families in need. He has worked hard to achieve his goals in all facets of life, and he has always made sure to share his success with his community, especially those that are in need.

*See* Exhibit 9.

Channel Carey, mother of Mr. Beasley's son, Anthony, writes in part:

> [I] have known Phillip for 18 years. We are both the same age, born in 1983 and he is the father of my 16 year old son Anthony. Though the relationship ended about 2 years after our son was born, Phil was always a good man to me. What I remember most about our relationship is that he was always very thoughtful and genuine. Always generous and doing thoughtful things for me. Once we separated our co parenting relationship wasn't always the best but we we're also young parents trying to find our way in life. The older we got and the more we both grew our co parenting relationship and communication got better. We now have become very close friends and co parents. I know that if 1 need to talk about anything, or if I need anything I can call him and vice versa.
>
> I've watched Phil go from a Walmart employee and college student to a very successful entertainer, entrepreneur and businessman. He is just a very dedicated and responsible person, very determined and has the best work ethic. The thing I admire most about his work ethic is how he doesn't procrastinate about anything and his ability to build from the ground up. He's inspired me and many who have also seen and witnessed his success and growth. Coming from a broken home and a rough neighborhood growing up,

he has definitely worked hard to make the best of his situation and the cards he was dealt. He has always been a great father to his kids, he has 2 boys who are now aged 19 and 16. His 19 year old son is in college at Sacramento State University and is living on campus, and my son who is a sophomore in high school is his youngest. He has always made it known that his boys are his top priority and he's lived that way. He didn't have the best relationship with his father so he vows to be a better father to his boys. My son has always been well taken care of by his father, he has spoiled both his boys with whatever they want, need and more. Whatever he has, he makes sure they have the same. He is the definition of giving your kids what you didn't have, and teaching them what you wish you were taught.

My son loves his father and loves to spend time with him whenever he can. He loves to spend weekends with his father, and whenever there is a break from school my son is more than likely with his father and can't wait to see him. This includes Spring break, Winter break, Summer break and holidays. Phil is a very active father. My son played basketball for a team since he was 5 years old and before Phil moved out of California, for many years he was at every game to support our son. He was there for Easter speeches at church, He was there for our son's baptism at church. Whatever my son is doing, he is there to support. While Anthony was younger I never requested child support because Phil did so much for Anthony, I realized I was relieved of a lot of expenses pertaining to our son because his dad paid for so much of his needs already, and I was always appreciative of that. As Anthony got older and I needed more help I requested child support. We were able to come up with our own agreement without the court and we agreed that he would start giving me child support monthly. Since I started receiving child support from him, he has always given it to me on time, and in fact always early. I now receive child support, but that didn't change in any way how much he supported Anthony financially before child support was requested, and I feel that's very commendable of him.

Anthony is very blessed to have his father, and I'm proud to say he's Anthony's Dad...

[Mr. Beasley] ... is really a very responsible and special person, a very disciplined person who is driven with purpose, and I'm a witness to his growth over the years. I've watched him reach success and maintain it, I've watched him grow into an insightful man and I only see him getting better and better and growing more and more with time. He supports his community by giving back, he has turkey drives and back to school giveaways. He is generous and provides for many. He has also taken on the role and responsibility of raising his nephew because his brother is not able to. I have done the same for my nephew because my sister was not able to, I raised my nephew since he was 7 years old so I understand the task and I know firsthand that it takes a very special and selfless person to take on that role. Phil is loved by many and he is an inspiration to many, he supports many and if he has to do any time his absence will definitely be felt by his family, his community, his fans and most importantly his kids. One thing I've learned about being a mother who is single to a boy, is that as a woman I can only teach him so much, a boy needs his father and especially at this age. My son is 16 years old and looks forward to any time he gets to spend with his dad and I look forward to it also because I know it's important, and especially now. Phil is a good person...I am writing this letter to provide a more complete picture of who he is as a person, I hate to see him in this situation

right now because I know how hard he's worked to build a legacy and to do it honestly and legally. Also our son will be graduating from high school in 2024 and I hate to even think about Phil not being there for our son's high school graduation.

*See* Exhibit 10.

Dr. Ramona Bishop, writes in part:

I had the pleasure of teaching this gifted young man in the fourth and the fifth grade. I am currently the Visionary - President/CEO of my own charter school network. I lost touch with Phillip when I left Oakland, but became reacquainted with him approximately ten years ago. Since then, we have become an extended family. My husband and I attend family birthday parties and special events, and am always welcome with open arms.

I realize that there is the perception that Phillip AKA "Philthy Rich" is anything but who I see him to be, but I will tell you what I see. I see Phillip to be one of the brightest young men I know. He absolutely adores his children, his significant other, his family, his friends, and his extensive extended family. His oldest son just started college which shows you who he is as a father, always encouraging his children to strive for greatness. He cares about how we are all doing. He is caring, often reaching out to check in with me, or to ask if I am able to come and see him when he is in town. Phillip is a successful entrepreneur, using his intellect to single-handedly launch and maintain a career as a rapper and now producer. He has also launched other businesses and encourages all of the individuals in his inner circle to do the same.... I have had Phillip speak to students and young family members, many of whom look up to him based on his status as "Philthy Rich" so they will see that as the facade it is and know that you need much more than raw talent to be successful at anything you do.

Each time I speak with Phillip he asks about my husband and my girls. He is a caring individual who deserves to be seen for who he truly is.
Thank you for any and all consideration you give to these heartfelt words as you render a decision that will impact Phillip's future.

*See* Exhibit 11.

Chelsea Donini, who has worked for over four years as Mr. Beasley's project manager at EMPIRE, writes in part:

During our time together I grew to know Phillip Beasley as more than a rap artist but also a family man, entrepreneur and philanthropist. Together we worked tirelessly not only on producing work for himself but teaching those around him how to turn music into a profitable business to support their families. To date, Phillip Beasley has now signed, developed & created legal means of income for over 12 artists from his neighborhood.

In my 10+ years experience working in the music industry I have never met such a selfless individual who wants success for everyone around him. Every year we give back to the community, holding back to school events, turkey giveaways and toy drives. Phillip is joined by his family, setting an example to his two sons, step daughter and nephew. The community leaders in his hometown of Oakland always look forward and rely on his support to promote a positive and uplifting environment.

*See* Exhibit 12.

Kerry Huffman, founder and one of the owners of Urbanlife Distribution, writes in part:

We are a music distribution company, founded in October of 2001. My business partner and I have over 50 years of combined experience in the music business and are members of many trade organizations and possess an A+ Better Business Bureau credential. I have had the pleasure of working with Phillip Beasley in a professional capacity for approximately 16 years now. My company provides music distribution services to Mr. Beasley. In the time I've known Phillip, his commitment to being a father and his tireless work ethic is what stands out the most about him. This is evident in his relationship with his children, his professional resume, and his reputation. He tirelessly invests himself, his talent and his resources into his children, family, and community. I've often stated that Phillip is one of the hardest working independent artists in Hip Hop music. I am aware of countless community events, year after year that he has coordinated or supported in efforts to give back and promote positive change. His contributions are widely recognized in the music business community and his work ethics imitated by other music artists. The value of that is so great as he motivates his peers, and aspiring artists, to elevate their work ethics and invest real time, hard work and resources into their craft. I greatly appreciate this positive impact on our music community.

*See* Exhibit 13.

Friend, Prashant Kumar, writes in part:

[Mr. Beasley] provides support to those in his life, some financial but mostly moral support and motivation to be better and to work hard for what one wants. I have watched many of his friends start businesses, become artists, distance themselves from street activities and overall just carry themselves in a better manner with more positive energy because of the motivation, hope and guidance he has given them. I worked closely with Phillip for a few years (2016 - 2019) and during that time, I was with him and his circle multiple times a week, sometimes more. One thing I saw and respected a lot was how much he tried to influence everyone to live a better life, stay out of trouble, not to participate in activities that would take them away from their families or affect other people in their circle. He does he best to make sure he helps everyone & everyone feels included. He genuinely wants what is best for those he loves and has been with since growing up. He's also a great father. I witnessed him talk to his sons all the time and be present in their lives in all aspects of fatherhood. He listens to them and he teaches them, raises them to be good men who can think and make sound decisions for themselves. They

also know they can safely come to him about anything at any time and he will hear them out. Phillip is a great man and part of society. He has a big heart and loves to give and share with his loved ones. He pushes people to be their best and demands it from them when they are dealing with him. His community and family would be at a tremendous loss if he was to be taken from them for any amount of time.

*See* Exhibit 14.

Danny Ryan, owner of Kickz Inc./Silicon Valley Sports, writes in part:

I've worked with Mr. Beasley for many years doing community service work in Oakland and surrounding Bay Area cities. We have done Holiday Toy Drives, meal service to the less fortunate, back to school drives for the youth donating back packs, clothes shoes and more. In my eyes Phillip has always used his platform to help build up the community & help others.

This year we are currently planning to do our annual toy drive this December. I hope this letter helps highlight the positive influence Mr. Beasley brings to the community.

*See* Exhibit 15.

Pamela Hyatt, grandmother to Mr. Beasley's son, writes in part:

I have known Phillip Beasley for 20 years as he is the father of my grandson. I watched the young Phillip evolve into a grown man filled with motivation and striving for excellence to build something better for himself and his namesake. Phillip became a parent at a young age, but he has learned to be a very good father and has always provided and participated in his son's life. Phillip has been involved in every birthday, holiday, school and sport event from the moment his son was born. He has always been tough and straightforward but fair and always given love with the expectation that his son be excellent as a person. He remains such an important role in my grandson's life.

On a personal level, Phillip is one of the hardest working individuals I've ever met. I've watched him give back to his community year after year with backpack giveaways and toy drives with always the children at the forefront. Although I do not travel in the same circles as Phillip, I can honestly say I am proud of him. He has always treated me with dignity and respect.

*See* Exhibit 16.

Cory Harris, who has known Mr. Beasley for over 11 years, writes in part:

> I initially met Mr. Beasley when I served as his recording engineer during my partnership with Boxing Champion Floyd Mayweather, and our professional relationship grew stronger over time. As his career progressed, my career grew, and Mr. Beasley and I agreed it would be mutually beneficial if I transitioned into a dual role of co-manager and A&R for his successful record label. This collaboration has not only been professionally fulfilling for both of us, but it has also opened up doors of opportunity and allowed me to provide for my family.
>
> Unfortunately I must address a regrettable incident that occurred in Mr. Beasley's life. He made a poor decision that he deeply regrets and takes full responsibility for. However, it is important to emphasize that this isolated incident does not define his character or professional abilities. It was a momentary lapse in judgment, and he has since learned from it and shown tremendous remorse. Beyond his musical talents, Mr. Beasley is an exemplary leader in his community. He actively engages with and gives back to the black youth in our community by teaching entrepreneurship in the music industry. He serves as a role model for aspiring artists and entrepreneurs; instilling in them the values of hard work. His genuine passion for music and his commitment to supporting and nurturing talent are evident in the success of his record label and the growth of the artists he represents. I am confident that he will continue to make significant contributions to the music industry while positively impacting the lives of those around him.

*See* Exhibit 17.

Shauntae' Hill-James, who has known Mr. Beasely since 2005, writes in part:

> ... Phillip has always been a loving and caring friend and family member since we first met. He has always been dedicated to his children, his music and his inner circle.
>
> Over the years I have had the pleasure of watching and helping Phillip grow and expand himself not only in his music but with his community outreach as well. For the past 8 years Phillip has given back to the community of Oakland with supplies to the youth in the form of Back to school giveaways, Thanksgiving Turkey Drives and Christmas Toy Drives. He has also brought out community food vendors to feed families while these activities are going on. The community always shows up in full force to support him and there hasn't been a time we had left over supplies from these events.
>
> Phillip has also hosted and participated in charity basketball games. He has had a giveaway for students with a 3.0 and better. He has been honored by the Oakland mayor, Libby Schaaf and Oakland City Council member Desley Brooks with commendation and proclamation for his efforts in the community as well. In the last couple of years he has also expanded his philanthropy to West Africa. Not only have I had the pleasure of working with Phillip but I have been able to call him family over the years as well. I have seen him grow not only as a man and community leader but as a business and family man as well.

> I have watched Phillip be as selfless as possible to make sure his artists and people around him gain any necessary knowledge or advance with any opportunities that would help them in their personal and professional lives. Phillip would give you the shirt off his back if possible and typically puts the news of others before his own. He has a great relationship with his children and nephew and has even taken on being an uncle and role model to his extended family's children as well. He currently is the Godfather to both of my daughters and my son's acknowledge him as an uncle also.
>
> It is unfortunate that Phillip is in this situation. However, it is obvious to me that he will do all that he can to resolve this situation without further problems, and is sorry for any damage or inconvenience he has caused. I hope that this letter can go some way in convincing the court that Phillip is a good person...

*See* Exhibit 18.

Accordingly, it is evident that Mr. Beasley is a man of character who loves his family and has a history of charitable works and giving back to his community. It is respectfully submitted that Mr. Beasley is not a danger to the public. To the contrary, he is a benefit to the community and is hardworking and dedicated to helping others better themselves.

**B.    The nature and circumstances of the offense**

While Mr. Beasley does not make light of the charge giving rise to his conviction, there are mitigating circumstances which warrant the requested sentence of a variance with probation and a period of home confinement. Mr. Beasley did not attempt to obtain the firearm for purposes of committing additional crimes or violence, but for personal security.[3] Mr. Beasley is sincerely remorseful for his conduct giving rise to the conviction in this case.

---

[3] It should be noted that Mr. Beasley was shot three times in August 2012 in what was thought to be an attempted robbery. Furthermore, during the search of Mr. Beasley's residence in relation to the instant case, no items of evidentiary value were seized. Moreover, no weapons of any kind were found.

15

**2.**      **The need for the sentence imposed**

      **(A)**      **to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;**

      **(B)**      **to afford adequate deterrence to criminal conduct;**

      **(C)**      **to protect the public from further crimes of the defendant; and**

As to these two sub-factors, as detailed, below, this Honorable Court can impose a myriad of conditions that will deter criminal conduct to other defendants and to this defendant. Moreover, a combination of conditions described below will promote respect for the law, and provide a just punishment.

Mr. Beasley has sincerely learned a very grave lesson and proffers to this Honorable Court that he will not find himself on this side of the law again as he has been deterred from additional criminal conduct. His excellent track record while on release establishes that.

      **(D)**      **to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;**

Mr. Beasley earned his High School Diploma from the Sacramento Job Corps Center, located in Sacramento, California, along with a certificate in Culinary Arts.

Additionally, he is in good health. As such, this factor does not support a sentence of incarceration.

**3.**      **The kinds of sentences available**

This Court must now consider all of "the kinds of sentences available" by statute, § 3553(a)(3), even if the "kinds of sentence . . . established [by] the guidelines" zones recommend only a lengthy prison term. *See Gall*, 552 U.S. at 59 & n.11.

As the late Honorable Judge Jack Weinstein from the Eastern District of New York recognized:

> In view of the excessive incarceration rates in the recent past and their unnecessary, deleterious effects on individuals sentenced, society and our economy, parsimony in incarceration is to be prized. See, e.g., 18 U.S.C. § 3553(a) ("The court shall impose a sentence sufficient, but not greater than necessary"); National Research Council of the National Academies, The Growth of Incarceration in the United States, Exploring Causes and Consequences, 8 (2014) ("Parsimony, the period of confinement should be sufficient but not greater than necessary to achieve the goals of sentencing policy.").

*U.S. v. Gabella*, Slip Copy 2014 WL 7338797 (E.D.N.Y. 2014).

### This Honorable Court Should Impose a term of Probation

Here, it is respectfully submitted that this Honorable Court should sentence Mr. Beasley to a term of probation with a period of home confinement. Courts have noted that "probation is not leniency." *See, e.g., United States v. Bragg*, 582 F.3d 965 (9th Cir. 2009) (citing *Gall*, 552 U.S. at 44, 48-49,128 S. Ct. at 593, 596). Rather, as the *Gall* Court noted:

> Offenders on probation are nonetheless subject to several standard conditions that substantially restrict their liberty. Probationers may not leave the judicial district, move, or change jobs without notifying, and in some cases receiving permission from, their probation officer or the court. They must report regularly to their probation officer, permit unannounced visits to their homes, refrain from associating with any person convicted of a felony, and refrain from excessive drinking. Most probationers are also subject to individual "special conditions" imposed by the court.

*Gall*, 552 U.S. 38, 48-49, 128 S. Ct. at 596 (internal citations omitted).

It is respectfully submitted that the well-chosen language of the United States Supreme Court applies directly in the instant situation. As was pointed out by Chief Justice Hughes in *Burns v. United States*, 287 U.S. 216 (1932):

> The [probationer] is still a person convicted of an offense, and the suspension of his sentence remains within the control of the Court. The continuance of that control, apparent from the terms of the statute, is essential to the accomplishment of its beneficent purpose, as otherwise probation might be more reluctantly granted, or, when granted, might be made the occasion of delays and obstruction which would bring reproach upon the administration of justice.

*Id.* at 222.

The Honorable Judge Gleeson from Eastern District of New York also recently recognized:

> [I]t bears emphasis that when a judge chooses between a prison term and probation, she is not choosing between punishment and no punishment. Probation is less severe than a prison term, but both are punishment.

*United States v. Leitch*, 2013 WL 753445 (E.D.N.Y. Feb. 28, 2013).

Judge Gleeson added "In addition to standard and special conditions, there is an array of alternative sanctions - home confinement, community service, and fines, for example - that allow judges to impose enhanced (and sometimes even constructive) punishment without sending the defendant to prison." *Id.* (citing Michael Tonry, Sentencing Matters 132 (1996) ("[F]or offenders who do not present unacceptable risk of violence, well-managed intermediate sanctions offer a cost-effective way to keep them in the community at less cost than imprisonment and no worse later prospect for criminality.").

Here, Mr. Beasley respectfully submits that given the opportunity to receive probation, he will earnestly cooperate with a program of supervision and continue to meet his family responsibilities.

In addition, a sentence of probation with a period of home confinement will also allow Mr. Beasley to continue to care for his children. It should be noted that research indicates that incarceration of a parent can have negative consequences on a child. *See, e.g.*, Murray, J., & Farrington, D. P. The effects of parental imprisonment on children (2008). In M. Tonry (Ed.), Crime and justice: A review of research (Vol. 37, pp. 133-206). Chicago, IL: University of Chicago Press. Murray and Farrington's research indicates that children of incarcerated parents experience increased risk for antisocial outcomes, internalizing symptoms, and academic difficulties. Murray and Farrington conclude, "An obvious option for preventing harmful effects of parental imprisonment is to imprison fewer parents. This could be achieved by increasing the use of alternative forms of punishment, such as probation, intensive supervision, house arrest, electronic monitoring, community service, and day fines."

It must also be noted that even when the guidelines were mandatory, courts were empowered to grant a departure under U.S.S.G. §5H1.6.  As such, courts are also allowed to take into accounts family arrangements when issuing its sentence. *See U.S. v. Handy*, 752 F. supp. 561 (E.D.N.Y. 1990) (exceptionally promising future of the older two children would be threatened by the prolonged incarceration of their mother); *U.S. v. Thi*, 692 F.3d 571 (7th 2012) (court noted sentence would have adverse impact on young daughter and recommended that sentence be served in a half-way house); *U.S. v. Lehmann*, 513 F.3d 805 (8th Cir. 2008)(affirming probation for felon in possession of a firearm based on court's concern regarding welfare of defendant's nine-year-old son who suffered with disabilities); *U.S. v. Jones*, 158 F.3d 492 (10th Cir. 1998); *United States v. Martin*, 520 F.3d 87, 93 (1st Cir. 2008) (affirming downward variance based in part on "the support that the defendant stood to receive from his family[ and] personal qualities indicating his potential for rehabilitation"); *United States v. Muñoz-Nava*, 524 F.3d 1137, 1143, 1148 (10th Cir. 2008) (record supported finding extraordinary family circumstances; defendant cared for his eight-year-old son as a single parent and had elderly parents with serious medical problems); *United States v. Lehmann*, 513 F.3d 805, 806, 809 (8th Cir. 2008) (per curiam) (affirming downward variance where the court found that a prison sentence would negatively affect the defendant's disabled young son).

### Probation with a period of home confinement as a condition

As a condition of probation, the court can also order a period of home confinement under U.S.S.G. 5B1.3(e)(2).  Commentary to U.S.S.G. § 5F1.2 states:

> [A] program of confinement and supervision that restricts the defendant to his place of residence continuously, except for authorized absences, enforced by appropriate means of surveillance by the probation office. When an order of home detention is imposed, the defendant is required to be in his place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and such other times as may be specifically authorized. Electronic monitoring is an appropriate means of surveillance for home detention. However, alternative means of surveillance may be used if appropriate.

U.S.S.G. § 5F1.2 (Commentary).  *U.S. v. Coughlin*, Not Reported in F.Supp.2d, at *5 (2008) ("Home detention and probation can be severe punishments, hugely restrictive of liberty, highly effective in the determent of crime and amply retributive."); *U.S. v. Romualdi*, 101 F.3d 971,

977 (3d Cir. 1996) (noting that home confinement is punitive). Accordingly, this Honorable Court can fashion conditions that do not require Mr. Beasley to be incarcerated in federal prison.

It is respectfully submitted that a period of home detention, without a period of incarceration in federal prison is sufficient but not greater than necessary.

**Community Service**

The Court should also order community service as a condition of probation under U.S.S.G. 5F1.3, "Community service may be ordered as a condition of probation or supervised release." Here, a condition of substantial community service can also be imposed by this Honorable Court. Again, it is respectfully submitted that Mr. Beasley's history of community service warrants a downward variance. *See also, e.g., U.S. v. Cooper*, 394 F.3d 172 (3rd Cir. 2005) (in securities fraud and tax evasion case, with sentence range of 14-21 months, four-level departure for "good works" and sentence of probation was warranted for defendant's "exceptional" good works who did not simply donate money to charity but also organized and ran youth football team in depressed area, mentored its members, and helped several members attend better high schools or go to college, which qualified as exceptional because they entail "hands on personal sacrifices which have a dramatic and positive impact on the lives of others"); *U.S. v. Jones*, 158 F.3d 492 (10th Cir. 1998) (where defendant pled guilty to possession of a firearm by a prohibited person, the district court did not abuse its discretion in departing downward by three levels when, as one of eleven factors, it considered defendant's long history of community service; defendant was sentenced to six months of home confinement and three years of probation); *U.S. v. Bortnick*, 2006 WL 680544 (E.D.Pa. March, 2006)(unpub.) (in eight million dollar fraud case where guidelines 51-63 months, one million dollar fine and sentence of 7 days sufficient in part because of defendant's charitable deeds including spending $100,000 to help bring Russian child to U.S. for heart surgery); *U.S. v. Wilke*, 995 F.Supp. 828 (N. D. Ill. 1998) (defendant's contribution to an art and music festival, to theater work, and to his interfaith food pantry warrant departure), *vacated and remanded*, 156 F.3d 749 (7th Cir. 1998).

**4.     Guidelines, Policy, and Other Criteria of Sentencing Commission**

The fourth and fifth factors in § 3553(a)(4)-(5) require the Court to consider the Guidelines and Policy Statements applicable to the case.  As set forth above, a sentence of probation with a period of home confinement is reasonable.

Additionally, under the circumstances, it is submitted that incarceration would be an inefficient use of taxpayer resources.

**5.     The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct**

Under the unique circumstances of this case, incarceration is not necessary for the sentence of Mr. Beasley to be sufficient.  As such, a sentence of probation with a period of home confinement would not create a sentencing disparity.

**V.     CONCLUSION**

Mr. Beasley has accepted responsibility for his conduct in this case, and the attached letters and papers on file, indicate that Mr. Beasley's remorse is sincere and he is a charitable person with strong character.  Mr. Beasley vows never to be involved in criminal behavior again.

Accordingly, it is respectfully requested that this Honorable Court impose a sentence of probation, with conditions including community service and a period of home detention.

Dated this 9th day of June, 2023.

Respectfully Submitted:

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *PHILLIP BEASLEY*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on the 9th day of June, 2023, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.