DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

UNITED STATES OF AMERICA              )
                                      )
                Plaintiff,            )
                                      )       CASE NO. 2:21-cr-203-JCM (EJY)
v.                                    )
                                      )
PHILLIP BEASLEY                       )
                                      )
                Defendant,            )
_____      )

## INDEX OF EXHIBITS

EXHIBIT            DESCRIPTION

Exhibit 1          Flyer for the event in Scottsdale/Phoenix, Arizona on June 30, 2023

Exhibit 2          Flyer for the event in Oakland, California on July 7, 2023

Exhibit 3          Flyer for the event in Lubbock, Texas on July 22, 2023

Exhibit 4          Proposed Order

5

Exhibit 1

Flyer for the event in Scottsdale/Phoenix, Arizona
on June 30, 2023



Exhibit 2

Flyer for the event in Oakland, California
on July 7, 2023





Exhibit 3

Flyer for the event in Lubbock, Texas
on July 22, 2023

Exhibit 4

Proposed Order

1
2   **DAVID Z. CHESNOFF, ESQ.**
    **Nevada Bar No. 2292**
3   **CHESNOFF & SCHONFELD**
    **520 South Fourth Street**
4   **Las Vegas, Nevada 89101**
    **Telephone: (702)384-5563**
5   **dzchesnoff@cslawoffice.net**
    **Attorney for Defendant, PHILLIP BEASLEY**
6
7               UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8                     * * * * * *

9   **UNITED STATES OF AMERICA**           )
                                            )
10            **Plaintiff,**                )
                                            )        **CASE NO. 2:21-cr-203-JCM (EJY)**
11  **v.**                                  )
                                            )
12  **PHILLIP BEASLEY**                     )
                                            )
13            **Defendant,**                )
    _____)
14

15  <u>**ORDER REGARDING DEFENDANT PHILLIP BEASLEY'S**</u>
16  <u>**EMERGENCY MOTION TO MODIFY CONDITIONS OF PROBATION TO PERMIT**</u>
    <u>**TRAVEL FOR WORK PURPOSES**</u>
17
         The matter having come before the Court on Defendant Phillip Beasley's Emergency Motion
18
    to Modify Conditions of Probation to Permit Travel for Work Purposes, and good cause appearing,
19
    said Motion is hereby, **GRANTED**.
20

21  ///

22

23  ///

24

25

26  ///

27

28                              1

1       Accordingly, **IT IS HEREBY ORDERED** that Mr. Beasley's conditions of probation are

2   modified to permit him to travel to Phoenix/Scottsdale, Arizona (June 30-July 3, 2023); Oakland,

3   California (July 6-8, 2023); and Lubbock, Texas (July 22-23, 2023) for work purposes.

4   

5   **IT IS SO ORDERED.**

6       Dated June 28, 2023.

7   

8   

9   _____

10  **UNITED STATES DISTRICT JUDGE**

11  Respectfully Submitted by:

12  /s/ David Z. Chesnoff

    DAVID Z. CHESNOFF, ESQ.

13  Nevada Bar No. 2292

14  CHESNOFF & SCHONFELD

    520 South Fourth Street

15  Las Vegas, Nevada 89101

    Tel.: (702) 384-5563

16  Attorney for Defendant, PHILLIP BEASLEY

17

18

19

20

21

22

23

24

25

26

27

28

2