DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> PHILLIP BEASLEY, </br></br> Defendant. | Case No. 2:21-cr-00203-JCM-EJY |

**PHILLIP BEASLEY'S UNOPPOSED MOTION FOR RETURN OF PASSPORT**

COMES NOW, Defendant, PHILLIP BEASLEY, by and through his attorney, DAVID Z. CHESNOFF, ESQ., of the law firm of CHESNOFF & SCHONFELD and hereby files this Unopposed Motion for Return of Passport.

Assistant U.S. Attorney Melanee Smith has confirmed to counsel Robert DeMarco, Esq., of Chesnoff & Schonfeld, that she has no objection to the instant Motion.

On October 2, 2024, this Honorable Court granted Defendant's Unopposed Motion for Early Termination of Probation. ECF No. 89. Accordingly, Mr. Beasley is respectfully requesting that this Honorable Court order that Pretrial services return Mr. Beasley's passport to him forthwith.

As stated above, Assistant U.S. Attorney Melanee Smith, has confirmed to counsel Robert DeMarco, Esq., of Chesnoff & Schonfeld, that she has no objection to the instant Motion.

Dated this 22nd day of October, 2024.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Camie Linnell
Employee of Chesnoff & Schonfeld

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cr-00203-JCM-EJY |
| PHILLIP BEASLEY | ) |
| Defendant. | ) |

## INDEX OF EXHIBITS

**Exhibit**      **Description**

1.              Proposed Order Granting Unopposed Motion for Return of Passport

1

# EXHIBIT 1

Proposed Order Granting Unopposed Motion for Return of Passport

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, PHILLIP BEASLEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cr-00203-JCM-EJY |
| v. | ) | |
| | ) | |
| PHILLIP BEASLEY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT TO PHILLIP BEASLEY

Having reviewed Mr. Beasley's Unopposed Motion for Return of Passport, and with good cause appearing, IT IS HEREBY ORDERED that the Return of Defendant Phillip Beasley's United States Passport is GRANTED.

1

IT IS FURTHER ORDERED that Pretrial services shall return Phillip Beasley's passport to Mr. Beasley forthwith.

IT IS SO ORDERED.

Dated October 23, 2024.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

   /s/   David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
dzchesnoff@cslawoffice.net
Attorney for Phillip Beasley

2